**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, <br><br> *Petitioner*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> *Respondents*. | Case No. 25-158 |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, et al., <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Respondent*. | Case No. 25-572 |
| ENVIRONMENTAL DEFENSE FUND, <br><br> *Petitioner*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> *Respondents*. | Case No. 25-573 |

1

## JOINT MOTION TO GOVERN FURTHER PROCEEDINGS

Petitioners[1] and Respondents[2] hereby jointly move to govern further proceedings in the manner set forth herein.

Petitioners seek review of an EPA action entitled, "Updates to New Chemicals Regulations Under the Toxic Substances Control Act (TSCA)," 89 Fed. Reg. 102773 (Dec. 18, 2024). Those petitions for review were consolidated in this Court on January 27, 2025, pursuant to an order of the Judicial Panel on Multidistrict Litigation. At the parties' request, this proceeding was held in abeyance from February 25, 2025, through June 11, 2025.

The parties have conferred and jointly propose the following briefing format and schedule:

| Date | Filing Due | Word Limit |
|---|---|---|
| July 11, 2025 | Respondent's Certified Index to the Administrative Record | N/A |
| September 17, 2025 | Petitioners' Opening Briefs | 22,400 collectively (to be divided among parties) |
| November 21, 2025 | EPA's Response Brief | 22,400 |
| December 23, 2025 | Petitioners' Reply Briefs | 11,000 collectively (to be divided among parties) |

---

[1] Petitioners in these consolidated petitions are Alaska Community Action on Toxics; International Union, United Automobile, Aerospace and Agricultural Implement Workers Of America; American Federation of Labor and Congress of Industrial Organizations; and Environmental Defense Fund.

[2] Respondents in these consolidated petitions are the United States Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency (collectively, "EPA").

June 30, 2025                           Respectfully submitted,

                                        ADAM R.F. GUSTAFSON
                                          *Acting Assistant Attorney General*

*Of Counsel:*                            /s/ Samuel B. Stratton
ELIZABETH THALER                        SAMUEL B. STRATTON
DEVI CHANDRASEKARAN                       Environmental Defense Section
  Office of the General Counsel           Environment and Natural Resources
  U.S. Environmental Protection           Division
  Agency                                  U.S. Department of Justice
  Washington, D.C.                        P.O. Box 7611
                                          Washington, D.C.  20044
                                          (202) 514-6535
                                          samuel.stratton@usdoj.gov

                                          *Counsel for Respondents*

                                         /s/ Michael Youhana
                                        MICHAEL YOUHANA
                                          Earthjustice
                                          48 Wall Street, 15th Floor
                                          New York, N.Y. 10005
                                          (212) 845-7376
                                          myouhana@earthjustice.org

                                          *Counsel for Petitioner Alaska*
                                          *Community Action on Toxics*

                                         /s/ Randy Rabinowitz
                                        RANDY RABINOWITZ
                                          Occupational Safety and Health Law
                                          Project
                                          P.O. Box 3769
                                          Washington, D.C. 20027
                                          (202) 256-4080
                                          randy@oshlaw.org

3

/s/ Victoria L. Bor

VICTORIA L. BOR
  Occupational Safety and Health Law
  Project
  P.O. Box 3769
  Washington, D.C. 20027
  (301) 785-3204
  victoriabor87@gmail.com

*Counsel for Petitioner International Union,
United Automobile, Aerospace and
Agricultural Implement Workers of
America*

/s/ Samantha Liskow

SAMANTHA LISKOW
  Environmental Defense Fund
  257 Park Ave S
  New York, NY 10010
  (212) 616-1247
  sliskow@edf.org

*Counsel for Petitioner Environmental
Defense Fund*

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion to Govern complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 219 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: June 30, 2025

*/s/ Samuel B. Stratton*
SAMUEL B. STRATTON

*Counsel for Respondents*