UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, <br><br>       Petitioner, <br>  v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>       Respondents. | No. 25-158 <br><br> Agency No. <br> EPA-HQ-OPPT-2022-0902 <br> Environmental Protection Agency <br><br> ORDER |
| INTERNATIONAL UNION, et al., <br><br>       Petitioners, <br>  v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>       Respondent. | No. 25-572 <br><br> Agency No. <br> EPA-HQ-OPPT-2022-0902 <br> Environmental Protection Agency |
| ENVIRONMENTAL DEFENSE FUND, <br><br>       Petitioner, <br>  v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION, et al., <br><br>       Respondents. | No. 25-573 <br><br> Agency No. <br> EPA-HQ-OPPT2022-0902 <br> Environmental Protection Agency |

The joint motion (Docket Entry No. 14) to reset the briefing schedule is granted. The stay of appellate proceedings is lifted.

The certified index to the administrative record is due July 11, 2025.

The consolidated opening briefs, no longer than 22,400 words collectively, are due September 17, 2025. The consolidated answering brief of no longer than 22,400 words is due November 21, 2025. The optional consolidated reply briefs, no longer than 11,000 words collectively, are due December 23, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT